Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMALIA LUCATERO PEREZ individually and as Successor in Interest to the Estate of JACQUELINE SANCHEZ, decedent; ARNULFO SANCHEZ,<br><br>Plaintiffs,<br><br>vs<br><br>FORD MOTOR COMPANY; GOODYEAR DUNLOP TIRES NORTH AMERICA LTD.; JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS DBA JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 1:10-CV-02213-LJO-SKO<br><br>Magistrate Judge Sheila K. Oberto Courtroom 8<br><br>**ORDER ON STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>DATE OF FILING: APRIL 23, 2010<br>TRIAL DATE:      NONE |

IN ACCORDANCE with the Stipulation of the parties, and GOOD CAUSE APPEARING THEREFOR, the Mandatory Scheduling Conference is rescheduled to **March 24, 2011 at 9:45 a.m.**, including any related reporting dates.

IT IS SO ORDERED.

Dated: **January 24, 2011**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

12429153.1                                    -2-                   Case No. 1:10-CV-02213-LJO-SKO
STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE