**BISNAR | CHASE**
ONE NEWPORT PLACE
1301 Dove St., Suite 120
Newport Beach, CA  92660
Phone: (949) 752-2999
Facsimile: (949) 752-2777
BRIAN D. CHASE, State Bar No.164109
SCOTT A. RITSEMA, State Bar No. 138193
SARAH C. SERPA, State Bar No. 196127
JERUSALEM F. BELIGAN, State Bar No. 211258

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA LUCATERO PEREZ, ET AL., | CASE NO: 1:10-CV02213-LJO-SKO |
| | Sheila K. Oberto |
| Plaintiffs, | U.S. Magistrate Judge |
| vs. | **NOTICE OF DISMISSAL; ORDER OF DISMISSAL** |
| FORD MOTOR COMPANY, ET AL., | |
| Defendants. | Courtroom: 8 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

///
///
///
///
///
///
///
///
///

1

**NOTICE OF DISMISSAL; [PROPOSED] ORDER OF DISMISSAL**

1  Please take notice that parties JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS,
2  DBA JALO'S AUTO SALES #2; and JALO'S AUTO SALES #2, were dismissed in Superior Court
3  prior to this action being removed to this Court's jurisdiction. Attached hereto as Exhibit "A" is a true
4  and correct copies of the dismissals as to the parties from the Superior Court action.

5  DATED: March 22, 2011                **BISNAR|CHASE**

8                                By:_____
                                     BRIAN D CHASE, ESQ.
9                                    SARAH C. SERPA, ESQ.
                                     Attorneys for Plaintiffs

14                              **ORDER**

15  IT IS HEREBY ORDERED that JALO'S AUTO SALES #2; RAYMUNDO
16  COVARRUBIAS, DBA JALO'S AUTO SALES #2; and JALO'S AUTO SALES #2 are hereby
17  dismissed from this action.
18  The clerk is directed NOT to close this action.
19  IT IS SO ORDERED.

20  **Dated:   March 22, 2011**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE