Case 1:10-cv-02213-LJO-SKO   Document 17   Filed 03/22/11   Page 1 of 2

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA LUCATERO PEREZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-02213-LJO-SKO<br><br>**ORDER ON REQUEST FOR STIPULATED PROTECTIVE ORDER** |

On March 17, 2011, the parties filed a stipulated request for a protective order regarding confidential discovery materials. The Court has reviewed the stipulation and request for a protective order. In its current form, the Court cannot grant the request for a protective order because the stipulation and proposed order do not comply with Local Rule ("L.R.") 141.1. Pursuant to L.R. 141.1(c), any proposed order submitted by the parties must contain the following provisions:

(1) A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child);

(2) A showing of particularized need for protection as to each category of information proposed to be covered by the order; and

(3) A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

Specifically, the stipulation and proposed order do not contain any showing as to why the need for protection should be addressed by court order as opposed to a private agreement.[1]

If the parties would like the Court to consider their stipulation and request, they are directed to refile a stipulation and proposed order that comply with L.R. 141.1(c).

Accordingly, IT IS HEREBY ORDERED THAT:

1. The parties shall refile a revised stipulation and proposed order for a protective order that complies with L.R. 141.1(c) and email a conforming copy of the stipulation and proposed order to skoorders@caed.uscourts.gov; and

2. If, upon further consideration, the parties determine that there is no need for a Court order due to a private agreement between them, they shall withdraw their request for a protective order.

IT IS SO ORDERED.

**Dated:   March 22, 2011**               /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent that the proposed protective order requires any Protected Document to be sealed (Doc. 12, ¶ 11), the Court notes that "[t]o ensure that documents are properly sealed, specific requests to seal must be made even if an existing protective order, statute, or rule requires or permits the sealing of the document." Local Rule 141(a).