# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA LUCATERO PEREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-02213-LJO-SKO<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

On May 5, 2011, the parties filed a stipulated request for a Protective Order regarding confidential discovery materials. Having read and considered the same, the Court hereby GRANTS the Stipulated Protective Order pursuant to the terms set forth at Docket No. 20, including Exhibits A-D.[1]

IT IS SO ORDERED.

**Dated:　May 5, 2011**　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent that the proposed protective order requires any Protected Document to be sealed (Doc. 20, ¶ 11), the Court notes that "[t]o ensure that documents are properly sealed, specific requests to seal must be made even if an existing protective order, statute, or rule requires or permits the sealing of the document." Local Rule 141(a).