1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  AMALIA LUCATERO PEREZ,                    CASE NO. 1:10-cv-02213-LJO-SKO
    individually and as Successor in Interest to
12  the Estate of JACQUELINE SANCHEZ,         **ORDER GRANTING PARTIES'**
    decedent; ARNULFO SANCHEZ,                **REQUEST FOR STIPULATED**
13                                            **PROTECTIVE ORDER**

14                  Plaintiffs,

15      v.                                    (Docket No. 23)

16
17  FORD MOTOR COMPANY, et al.,

18                  Defendants.
    _____/
19

20

21      On August 3, 2011, the parties filed a request that the Court issue a protective order pursuant

22  to the terms of the parties' stipulation.  The request for a protective order is GRANTED in

23  accordance with the terms set forth in the parties' stipulation filed as document number 23 on the

24  docket of the above-captioned case.

25

26  IT IS SO ORDERED.

27  **Dated:   August 5, 2011**              _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE
28