# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA LUCATERO PEREZ, et al., | CASE NO. 1:10-cv-02213-LJO-SKO |
| Plaintiffs, | **ORDER DENYING PARTIES' STIPULATED REQUEST FOR A SCHEDULE MODIFICATION** |
| v. | |
| FORD MOTOR COMPANY, et al., | (Docket No. 25) |
| Defendants. | |

## I. INTRODUCTION

On October 27, 2011, the parties filed a stipulated request that the Court modify the scheduling order to extend the discovery deadlines. For the reasons set forth below, the parties' request is DENIED without prejudice to filing a renewed request.

## II. DISCUSSION

The scheduling order provides the following:

> **The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation**. **Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

(Doc. 19, ¶ XIII) (emphasis in original.)

The parties' October 27, 2011, request for a schedule modification provides no explanation as to why the existing discovery deadlines cannot be met. Further, no declarations or supporting affidavits are provided setting forth any cause for the extension. Thus, the parties' request does not comply with the scheduling order or Federal Rule of Civil Procedure 16(b)(4).

Even assuming good cause for the extension were established, the parties fail to propose an alternative schedule that can be granted. Specifically, the parties request that the expert discovery deadline be continued until March 9, 2012, which is after the non-dispositive motion filing deadline set for February 1, 2012. To the extent that the parties wish to refile their request for a schedule modification that states good cause for a continuance of the deadlines, the parties must consider how the extension of the discovery deadlines affects all the subsequent deadlines and must propose a schedule that accommodates each of the filing, hearing, and trial dates or proposes modified dates for these events.

### III.   CONCLUSION

The parties' request for a schedule modification is DENIED without prejudice to filing a renewed request that cures the deficiencies outlined above.

IT IS SO ORDERED.

**Dated:   October 27, 2011**                       /s/ Sheila K. Oberto
                                                                  UNITED STATES MAGISTRATE JUDGE