**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMALIA LUCATERO PEREZ individually and as Successor in Interest to the Estate of JACQUELINE SANCHEZ, decedent; ARNULFO SANCHEZ,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FORD MOTOR COMPANY; GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.; JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS DBA JALOS' AUTO SALES #2; RAYMUNDO COVARRUBIAS and DOES 1 - 100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.:  1:10-CV-02213-LJO-SKO<br><br>**ORDER RE AMENDED STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER OF MARCH 24, 2011, TO CONTINUE SCHEDULING DEADLINES** |

　　　Having read and considered the Stipulation to Modify the Court's Scheduling Order of March 24, 2011, to Continue Expert Discovery and Motion Cutoff Date (Document 23) and the Amended Stipulation to Modify the Court's Scheduling Order of March 24, 2011, and the reasons

set forth therein and good cause appearing, the Court hereby modifies the Scheduling Order as follows:

1. The disclosure of experts is continued to **January 23, 2012**;
2. The supplemental disclosure of experts is continued to **February 13, 2012**;
3. The expert discovery deadline is continued to **March 12, 2012**;
4. The non-dispositive motion filing deadline is continued **March 19, 2012**;
5. The non-dispositive hearing deadline is continued to **April 18, 2012;**
6. The dispositive motion filing deadline is continued to **April 23, 2012;**
7. The dispositive hearing deadline is continued to **June 6, 2012;**
8. The pre-trial conference is continued to **July 25, 2012;** and
9. Trial is continued to **September 5, 2012.**

IT IS SO ORDERED.

Dated:   **December 8, 2011**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE