Snell & Wilmer
— L.L.P. —
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   AMALIA LUCATERO PEREZ              CASE NO.  1:10-CV-02213-LJO-SKO
     individually and as Successor in
12   Interest to the Estate of          **Magistrate Judge Sheila K. Oberto**
     JACQUELINE SANCHEZ,                **Courtroom:  7**
13   decedent; ARNULFO SANCHEZ,
                                        <u>**FILED UNDER SEAL**</u>
14                    Plaintiffs,
                                        **ORDER ON FORD MOTOR
15   vs.                               COMPANY'S APPLICATION FOR
                                        SEAL ORDER RE SETTLEMENT**
16   FORD MOTOR COMPANY;
     GOODYEAR DUNLOP TIRES              HEARING DATE:
17   NORTH AMERICA LTD.;                DATE:    January 25, 2012
     JALO'S AUTO SALES #2;              TIME:     9:30 A.M.
18   RAYMUNDO COVARRUBIAS               COURTROOM:  7
     DBA JALO'S AUTO SALES #2;
19   RAYMUNDO COVARRUBIAS               DATE OF REMOVAL: NOVEMBER 29, 2010
     and DOES 1-100, inclusive,        DATE OF FILING:     April 23, 2010
20                                      TRIAL DATE:         July 24, 2012
                      Defendants.
21

22

23          After considering the moving papers, the Court finds that the privacy

24   interests of the parties to the Settlement Agreement between Ford Motor Company

25   and Plaintiffs AMALIA LUCATERO PEREZ individually and as Successor in

26   Interest to the Estate of JACQUELINE SANCHEZ, decedent; and ARNULFO

27   SANCHEZ ("Plaintiffs") outweighs the right of public access to the settlement

28   terms and amount.

1    IT IS THEREFORE ORDERED THAT Ford Motor Company's Motion to

2  Seal the Settlement Agreement is hereby GRANTED, and that the Settlement

3  Agreement is to be filed under seal pursuant to U.S. District Court – Eastern

4  District Local Rule 141.

5

6

7

8  IT IS SO ORDERED.

9

   Dated:  __**January 3, 2012**__              _____/s/ Sheila K. Oberto_____

10                                                 UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

CASE NO.: 1:10-CV-02213-LJO-SKO
ORDER ON FORD'S REQUEST TO SEAL

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000