Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA LUCATERO PEREZ individually and as Successor in Interest to the Estate of JACQUELINE SANCHEZ, decedent; ARNULFO SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; GOODYEAR DUNLOP TIRES NORTH AMERICA LTD.; JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS DBA JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.  1:10-CV-02213-LJO-SKO<br><br>**Magistrate Judge Sheila K. Oberto Courtroom: 7**<br><br>**FILED UNDER SEAL**<br><br>**ORDER ON FORD MOTOR COMPANY'S APPLICATION FOR SEAL ORDER RE SETTLEMENT**<br><br>HEARING DATE:<br>DATE:      January 25, 2012<br>TIME:       9:30 A.M.<br>COURTROOM:  7<br><br>DATE OF REMOVAL: NOVEMBER 29, 2010<br>DATE OF FILING:      April 23, 2010<br>TRIAL DATE:             July 24, 2012 |

After considering the moving papers, the Court finds that the privacy interests of the parties to the Settlement Agreement between Ford Motor Company and Plaintiffs AMALIA LUCATERO PEREZ individually and as Successor in Interest to the Estate of JACQUELINE SANCHEZ, decedent; and ARNULFO SANCHEZ ("Plaintiffs") outweighs the right of public access to the settlement terms and amount.

IT IS THEREFORE ORDERED THAT Ford Motor Company's Motion to Seal the Settlement Agreement is hereby GRANTED, and that the Settlement Agreement is to be filed under seal pursuant to U.S. District Court – Eastern District Local Rule 141.

IT IS SO ORDERED.

Dated: **January 3, 2012**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE