Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA LUCATERO PEREZ individually and as Successor in Interest to the Estate of JACQUELINE SANCHEZ, decedent; ARNULFO SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; GOODYEAR DUNLOP TIRES NORTH AMERICA LTD.; JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS DBA JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 1:10-CV-02213-LJO-SKO<br><br>**Judge Lawrence J. O'Neill**<br>**Court Room: 4**<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE (FORD MOTOR COMPANY ONLY)**<br><br>DATE OF REMOVAL: 11/29/2010<br>DATE OF FILING: 4/23/2010<br>TRIAL DATE: 7/16/2012 |

The Court, having considered the Stipulation of Dismissal with prejudice signed by all parties, hereby orders that this case is dismissed with prejudice in its entirety.

The clerk is directed NOT to close this action.

14482506.1

CASE NO.: 1:10-CV-02213-LJO-SKO
[PROPOSED] ORDER
STIPULATION OF DISMISSAL

IT IS SO ORDERED.

    Dated: **February 6, 2012**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

14482506.1　　　　　　- 2 -　　　　　　CASE NO.: 1:10-CV-02213-LJO-SKO
　　　　　　　　　　　　　　　　　　　　　[PROPOSED] ORDER
　　　　　　　　　　　　　　　　　　　　STIPULATION OF DISMISSAL