# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA LUCATERO PEREZ, et al.,<br><br>           Plaintiff,<br>vs.<br>FORD MOTOR COMPANY, et al.,<br><br>           Defendants.<br>_____ / | CASE NO. CV F 10-2213 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 40.) |

Defense counsel notified this Court that settlement has been reached among all parties. As such, this Court VACATES the July 25, 2012 pretrial conference and the September 5, 2012 trial. The pending motion for good faith settlement will proceed before U.S. Magistrate Judge Sheila Oberto.

IT IS SO ORDERED.

**Dated:**   **March 9, 2012**                  **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES DISTRICT JUDGE