**YOKA & SMITH, LLP**
**777 South Figueroa Street, Suite 4200**
**Los Angeles, California 90017**
**Phone:  (213) 427-2300**
**Fax:      (213) 427-2330**
**bhenry@yokasmith.com**

WALTER M. YOKA, Bar #94536;  BRET R. HENRY, Bar #244868
Attorneys for Defendant, GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA LUCATERO PEREZ individually and as Successor in Interest to the Estate of JACQUELINE SANCHEZ, decedent; ARNULFO SANCHEZ,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY; GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.; JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS DBA JALOS' AUTO SALES #2; RAYMUNDO COVARRUBIAS and DOES 1 - 100, inclusive,<br><br>                    Defendants. | Case No.:  1:10-CV-02213-LJO-SKO<br><br>Sheila K. Oberto<br>U.S. Magistrate Judge<br><br>**ORDER ON GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.'S APPLICATION FOR SEAL ORDER RE SETTLEMENT**<br><br>HEARING DATE:<br><br>DATE:   April 11, 2012<br>TIME:    9:30 a.m.<br>COURTROOM:  7<br><br>Trial:                              07/24/2012 |

Upon consideration of the moving papers, the Court finds that the privacy interest of the parties to the Settlement Agreement between Defendant, Goodyear Dunlop Tires North America, Ltd. and Plaintiffs AMALIA LUCATERO PEREZ,

individually and as Successor in Interest to the Estate of JACQUELINE SANCHEZ, decedent and ARNULFO SANCHEZ ("Plaintiffs") outweighs the right of public access to the settlement terms and amount.

     IT IS THEREFORE ORDERED THAT Goodyear's Motion to Seal the Settlement agreement is hereby GRANTED, and that the Settlement Agreement shall be sealed indefinitely pursuant to U.S. District Court- Eastern District Local Rule 141.

IT IS SO ORDERED.

Dated: **March 12, 2012**             /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE