# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA LUCATERO PEREZ, individually and as Successor in Interest to the Estate of JACQUELINE SANCHEZ, decedent; ARNULFO SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants.<br>_____ / | CASE NO. 1:10-cv-02213-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT BE GRANTED**<br><br>(Docket Nos. 41, 47) |

On April 3, 2012, the Magistrate Judge issued Findings and Recommendations that Goodyear Dunlop Tires North America, Ltd.'s ("Goodyear") Motion for Determination of Good Faith Settlement be granted. (Doc. 41.) The Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within seven (7) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Goodyear's motion for determination of good faith settlement is GRANTED;

2. Any and all claims for equitable indemnity or contribution against Goodyear Dunlop Tires North America, Ltd. are forever barred pursuant to California Code of Civil Procedure § 877.6(c); and

3. The remaining parties, no later than April 30, 2012, file papers to dismiss remaining claims in their entirety and to conclude this action or to show good cause why such remaining claims have not been dismissed and this action concluded.

IT IS SO ORDERED.

Dated:   **April 11, 2012**                                     /s/ Lawrence J. O'Neill
                                                                                UNITED STATES DISTRICT JUDGE