**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMALIA LUCATERO PEREZ individually and as Successor in Interest to the Estate of JACQUELINE SANCHEZ, decedent; ARNULFO SANCHEZ,<br><br>                    Plaintiffs,<br>vs.<br><br>FORD MOTOR COMPANY; GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.; JALO'S AUTO SALES #2; RAYMUNDO COVARRUBIAS DBA JALOS' AUTO SALES #2; RAYMUNDO COVARRUBIAS and DOES 1 - 100, inclusive,<br><br>                    Defendants. | Case No.: 1:10-CV-02213-LJO-SKO<br><br>Sheila K. Oberto<br>U.S. Magistrate Judge<br><br>**ORDER ON DISMISSAL WITH PREJUDICE (GOODYEAR DUNLOP TIRES NORTH AMERICA LTD. ONLY]** |

The Court, having considered the Stipulation of Dismissal with prejudice signed by all parties, hereby orders that the case is dismissed with prejudice in its entirety.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **April 19, 2012**                **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE